JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 663 -- In re Hunt International Resources Corporation Land Development Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/10/01 | 1 | MOTION, FIRST AMENDED BRIEF, SCHEDULE, EXHIBITS 1-10, CERT. OF SERVICE -- Hunt International Resources Corp., N.B. Hunt and W.H. Hunt -- Suggested Transferee District: N.D. TEXAS, Suggested Transferee Judge: HON. ROBERT PORTER |
| 85/10/11 |   | APPEARANCES -- CARY LERMAN, ESQ. for William M. white, Jr.; JOHN J. LITTLE, ESQ. for Nelson Bunker Hunt and William Herbert Hunt; RUSSELL WOODY, ESQ. for Leonard Kaliski, et al.; MICHAEL P. GROSS, ESQ. for Pueblo de Cochiti; LOWELL E. SACHNOFF, ESQ. for Adair, et al. and Aaland, et al. (cds) |
| 85/10/11 | 2 | REQUEST FOR EXTENSION OF TIME -- plaintiffs in Jean Adair, et al. and Glennys Aaland, et al. -- GRANTED TO ALL PARTIES TO AND INCLUDING OCTOBER 23, 1985 (cds) |
| 85/10/17 | 3 | RESPONSE -- William M. White, Jr. w/Exhibits 1 and 2 and cert. of svc. (ds) |
| 85/10/18 |   | HEARING ORDER -- MOTION OF DEFENDANT Hunt International Resource Corp., et al. to transfer A-1 thru A-3; Mark P. Binstein v. Hunt International Resources Corp., et al.; Jean Adair, et al. v. Hunt Hunt International REsources Corp., et al.; Leonard S. Kaliski, et al. v. Hunt International REsources Corp., et al., for hearing on 11/21/85 in Portland, Oregon (paa) |
| 85/10/21 |   | APPEARANCE: JAMES R. STINSON, ESQ. for Daniel P. Garcia and Daniel J. Hanlon (cds) |
| 85/10/22 |   | APPEARANCE -- THOMAS A. CONNOP, ESQ. for Great Western Cities, Inc. of New Mexico, Great Western United Corp., Great Western Cities, Inc. and Colorado City Development Co. (ds) |
| 85/10/28 | 4 | RESPONSE -- pltfs. Jean Adair, et al., Leonard S. Kaliski, et al. and Glennys Aaland, et al. -- w/Exhibits 1-9 and certificate of service (cds) |
| 85/10/29 | 5 | REQUEST FOR EXTENSION OF TIME -- movants N.B. Hunt and W.H. Hunt -- No extension required, reply due on November 4, 1985 (cds) |
| 85/11/04 | 6 | REPLY/BRIEF -- (to Pldg. #1) N.B. Hunt and W.H. Hunt -- w/cert. of svc. (rh) |

663

| | | |
|---|---|---|
| 85/11/18 | 7 | RESPONSE -- (to pldg. #6) Jean Adair, et al., Glennys Aaland, dt al. and Leonard S. Kaliski, et al. -- w/cert. of svc. (rh) |
| 85/11/21 | | HEARING APPEARANCES -- ERIC R. CROMARTIE, ESQ. for N.B. Hunt and W.H. Hunt; CARY B. LERMAN, ESQ. for William M. White, Jr.; LOWELL E. SACHNOFF, ESQ. for Jean Adair, et al. and Leonard S. Kaliski, et al. and Glennys Aaland, et al. (ds) |
| 85/11/21 | | WAIVER OF ORAL ARGUMENT -- Daniel P. Garcia and Daniel J. Hanlon  (ds) |
| 85/11/27 | | ORDER DENYING TRANSFER OF LITIGATION -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 663 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Hunt International Resources Corporation Land Development Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 21, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/27/85 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 11/27/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 663 -- In re Hunt International Resources Corporation Land Development Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mark P. Binstein v. Hunt International Resources Corp., et al. | Ill.,N. Nordberg | 79-C-2717 | | | | |
| A-2 | Jean Adair, et al. v. Hunt International Resources Corp. et al. | Ill.,N. Nordberg | 79-C-4206 | | | | |
| A-3 | Leonard S. Kaliski, et al. v. Hunt International Resources Corp., et al. | Ill.,N. Nordberg | 80-C-2329 | | | | |
| A-4 | Pueblo De Cochiti v. Great Western Cities, Inc., et al. | N.M. Campos | 84-731-C | | | | |
| A-5 | Glennys Aaland, et al. v. Hunt International Resources Corp., et al. | N.M. Bratton | CV-85-0101-HB | | | | |
| A-6 | Hunt International Resources Corp., et al. v. Mark P. Binstein | Tex.,N. Porter | CA3-80-0863-F | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 663 -- In re Hunt International Resources Corporation Land Development Litigation

---

MARK P. BINSTEIN (A-1) (deft. also)

Mark J. Barnett, Pro Se
797 Amaryllis Ave.
Oradell, NJ  07649

JEAN ADAIR, ET AL. (A-2)
GLENNYS AALAND, ET AL. (A-5)
Lowell E. Sachnoff, Esq.
Sachnoff Weaver & Rubenstein, Ltd.
30 South Wacker Drive
Suite 2900
Chicago, IL  60606

PUEBLO DE COCHITI (A-4)
Michael P. Gross, Esq.
347 East Palace Avenue
Post Office Box 1447
Santa Fe, NM  87504-1447

LEONARD S. KALISKI, ET AL. (A-3)
Russell Woody, Esq.
Cotton, Watt, Jones & King
One IBM Plaza, Suite 4750
Chicago, IL  60611

HUNT INTERNATIONAL RESOURCES
CORP., ET AL. (A-6) (also deft.)

Charles R. Gibbs, Esq.
Jenkens & Gilchrist
2200 InterFirst One
Dallas, TX  75202

---

NELSON BUNKER HUNT
WILLIAM HERBERT HUNT
John J. Little, Esq.
Hughes & Luce
1000 Dallas Building
Dallas, TX  75201

WILLIAM M. WHITE, JR.
Cary B. Lerman, Esq.
Munger, Tolles & Rickershauser
612 South Flower Street
Fifth Floor
Los Angeles, CA  90017

DANIEL P. GARCIA
DANIEL J. HANLON
James R. Stinson, Esq.
Sidley & Austin
One First National Plaza
Chicago, IL  60603

GREAT WESTERN UNITED CORP.
GREAT WESTERN CITIES, INC.
GREAT WESTERN CITIES, INC. OF NEW MEXICO
COLORADO CITY DEVELOPMENT CO.

Thomas A. Connop, Esq.
Locke, Purnell, Boren, Laney & Neely
3600 RepublicBank Tower
Dallas, Texas  75201

CALIFORNIA CITIES DEVELOPMENT CO.
(No appearance received)
Stephen Charnas, Esq.
Raymond W. Schowers, Esq.
Sutin, Thayer & Browne
600 First Plaza
P.O. Box 1945
Albuquerque, NM  87103

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 663 -- In re Hunt International Resources Corporation Land Development Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Hunt International Resources Corp. | A-1, A-2, A-3, A-4, A-5 |
| Great Western Cities, Inc. | A-1, A-2, A-3, A-4, A-5 |
| N.B. Hunt | A-1, A-2, A-3, A-5 |
| Daniel J. Hanlon | A-1 |
| Daniel P. Garcia | A-1 |
| Great Western United Corp. | A-2, A-3, A-4, A-5 |
| Colorado City Development Company | A-2, A-3 |
| Colorado City Realty Company *(merged)* | A-2, A-3 |
| William M. White, Jr. | A-2, A-5 |
| W.H. Hunt | A-2, A-3, A-5 |
| Great Western United Properties, Inc. | A-4 |

p. _____

| | |
|---|---|
| California Cities Development Company | A-4 |
| Great Western Cities Inc. of New Mexico | A-4  A-3 |
| Mark P. Binstein | A-6 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |