MULTIDISTRICT LITIGATION
FILED

NOV 27 1985

PATRICIA S. HOWARD
CLERK OF THE PANEL

DOCKET NO. 663

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HUNT INTERNATIONAL RESOURCES CORPORATION LAND DEVELOPMENT LITIGATION

ORDER DENYING TRANSFER

This litigation presently consists of six actions pending in three federal districts: three actions in the Northern District of Illinois, two actions in the District of New Mexico and one action in the Northern District of Texas. Before the Panel is a motion by Nelson Bunker Hunt, William Herbert Hunt and Hunt International Resources Corporation to centralize, pursuant to 28 U.S.C. §1407, the actions in this litigation in the Northern District of Texas for coordinated or consolidated pretrial proceedings. Plaintiffs in three actions oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 transfer would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of the litigation. We recognize that these actions may share some questions of fact, but we note that 1) five of the six actions have been pending for more than five years, ii) one action has been stayed for more than two years, iii) another action has been essentially dormant for nearly three years, and iv) in yet another action, a settlement involving all but one defendant in that action is apparently imminent. In light of the status of proceedings in the actions in this litigation, we are not persuaded that Section 1407 transfer is warranted. Additionally, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

MDL-663 -- In re Hunt International Resources Corporation Land Development Litigation

### Northern District of Illinois

Mark P. Binstein v. Hunt International Resources Corp., et al., C.A. No. 79-C-2717

Jean Adair, et al. v. Hunt International Resources Corp. et al., C.A. No. 79-C-4206

Leonard S. Kaliski, et al. v. Hunt International Resources Corp., et al., C.A. No. 80-C-2329

### District of New Mexico

Pueblo De Cochiti v. Great Western Cities, Inc., et al., C.A. No. 84-731-C

Glennys Aaland, et al. v. Hunt International Resources Corp., et al., C.A. No. CV-85-0101-HB

### Northern District of Texas

Hunt International Resources Corp., et al. v. Mark P. Binstein, C.A. No. CA3-80-0863-F